IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MATTIE S. STROUSS                                                    PLAINTIFF

        v.                              CIVIL NO. 11-2233

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                       DEFENDANT

**O R D E R**

Plaintiff has submitted a complaint for filing in this district, together with a request for

leave to proceed *in forma pauperis* ("IFP").  ECF Nos. 1, 2.  The undersigned finds that more

information is needed to rule on her IFP application.

Plaintiff's IFP application indicates that she has a husband with whom she owns a 2009

Chevy Cobalt.  ECF No. 2, at 2.  However, she does not state if her husband is employed, and,

if so, the nature of his employment and income.   She also does not specify her living

arrangements (i.e., whether she rents or owns her home).  As such, the clerk is directed to return

the IFP application to counsel with directions to provide more specific information regarding

Plaintiff's husband's employment and the full extent of her property.  Plaintiff is directed to file

her amended IFP application on or before December 20, 2011.  Should Plaintiff fail to comply

within the required period of time, her complaint will become subject to summary dismissal for

failure to obey a court order

        IT IS SO ORDERED.

/S/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF U.S. MAGISTRATE JUDGE