IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MATTIE S. STROUSS                                                          PLAINTIFF

v.                          CIVIL NO. 11-2233

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                    DEFENDANT

**O R D E R**

On December 5, 2011, Plaintiff submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis*.  ECF Nos. 1, 2.  Subsequently, an order was issued directing Plaintiff to provide more specific information regarding her husband's income and the extent of her property.  ECF No. 4.  Pursuant to the order, Plaintiff submitted an amended *in forma pauperis* application on December 20, 2011.  ECF No. 5.  After review, it is found that Plaintiff is unable to pay for the costs of commencement of suit and, accordingly, the following order is entered:

Plaintiff's motion for leave to proceed *in forma pauperis* is granted.  The court directs that a copy of the complaint filed herein, along with a copy of this order, be served by Plaintiff by certified mail, return receipt requested, on Defendant, Michael J. Astrue, Commissioner, Social Security Administration, as well as Eric H. Holder, Jr., U.S. Attorney General, and Mark W. Webb, Assistant U.S. Attorney, without prepayment of fees and costs.  Defendant is ordered to answer within sixty (60) days from the date of service.

IT IS SO ORDERED this 20th day of December 2011.

                                                               */s/ J. Marschewski*
                                                           HON. JAMES R. MARSCHEWSKI
                                                           CHIEF U.S. MAGISTRATE JUDGE